U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 27 2016

TONY R. MOORE, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| EARNESTINE HERNANDEZ | CIVIL ACTION NO. 15-cv-2271 |
| VERSUS | JUDGE FOOTE |
| ANTHONY SMITH, ET AL | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **dismissed with prejudice** on the grounds that it is untimely.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 27th day of ~~December, 2015~~. Jan, 2016

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE